NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29699
31-OCT-2011
09:17 AM**

NO. 29699

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

OLGA MARY LANSING, Plaintiff/Counterclaim-Defendant/
Appellant, v. NANCEE JENKO-CRISPIN, Defendant/Counterclaim-
Plaintiff/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-1891)

ORDER DENYING SECOND MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of a letter filed by
Plaintiff/Counterclaim-Defendant/Appellant Olga Mary Lansing, pro
se, on October 20, 2011, which appears to be, and which we will
treat as, a second motion for reconsideration of the Summary
Disposition Order entered on August 24, 2011, and the records and
files herein,

IT IS HEREBY ORDERED that the motion is denied as
unauthorized by Hawai'i Rules of Appellate Procedure Rule 40(e).

DATED: Honolulu, Hawai'i, October 31, 2011.

On the motion:


Olga Mary Lansing,
Plaintiff-Appellant, pro se.

Presiding Judge

Associate Judge

Associate Judge